(3)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

RYMON ANTOINE RANDALL,

Defendant.
_____/

Violation:
18 U.S.C. § 2119

Case: **2:26-cr-20506**
Assigned To : **Grey, Jonathan J.C.**
Referral Judge: **Grand, David R.**
Assign. Date : **8/4/2026**
Description: **INDI USA v RANDALL (JP)**

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 2119
*Carjacking*

On or about July 15, 2026, in the Eastern District of Michigan,
Southern Division, the defendant, RYMON ANTOINE RANDALL, did,
with the intent to cause death and serious bodily harm, take a motor
vehicle that had been transported, shipped, and received in interstate
commerce, that is a 2002 Ford Econoline, from the person and presence
of another, by force and violence, and intimidation, in violation of Title
18 United States Code, Section 2119.

1

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/ Mark Bilkovic*
Mark Bilkovic
Chief, Violent and Major Crimes Unit
Assistant United States Attorney

*s/ Micah S. Wallace*
Micah S. Wallace
Assistant United States Attorney

Dated: August 4, 2026

Case: 2:26-cr-20506
Assigned To : **Grey, Jonathan J.C.**
Referral Judge: **Grand, David R.**
Assign. Date : **8/4/2026**
Description: **INDI USA v RANDALL (JP)**

| **United States District Court**<br>**Eastern District of Michigan** | **Criminal Case Cover Sheet** | |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** M.W |

**Case Title:** USA v.  RYMON ANTOINE RANDALL

**County where offense occurred :** Wayne

**Check One:**    ☒ **Felony**         ☐ **Misdemeanor**         ☐ **Petty**

\_\_\_\_Indictment/\_\_\_\_Information --- **no** prior complaint.
✓ Indictment/\_\_\_\_Information --- based upon prior complaint [**Case number:** 26-mj-30448        ]
\_\_\_\_Indictment/\_\_\_\_Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 4, 2026
Date

Micah Wallace P80019
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:313-226-9591
Micah.Wallace@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.